IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHASE JASON WESTON,

      Petitioner,               No. 2:08-cv-2038 JFM (HC)

    vs.

MATTHEW CATE, et al.,

      Respondents.        <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a motion for stay and abeyance. Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application. The time for filing a response will be set following disposition of petitioner's motion for stay and abeyance.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Within twenty-one days from the date of this order, respondents shall file and serve a response to petitioner's August 29, 2008 motion for stay and abeyance;

/////

1

1    2. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus, petitioner's motion for stay and abeyance, and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 22, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/ke
west2038.100feejfm