IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHASE JASON WESTON,

           Petitioner,                        No. 2:08-cv-2038 JFM (HC)

      vs.

MATTHEW CATE, et al.,

           Respondents.          ORDER

_____/

          On December 31, 2008, petitioner filed a motion for an extension of time to file a traverse that, pursuant to the court's order of November 10, 2008, was due on January 7, 2009. On January 7, 2009, petitioner filed his traverse. Accordingly, petitioner's motion for extension of time is moot and will therefore be denied.

          In accordance with the above, IT IS HEREBY ORDERED that petitioner's December 31, 2008 request for an extension of time is denied.

DATED: January 14, 2009.

UNITED STATES MAGISTRATE JUDGE

12/md
west2038.111