IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHASE JASON WESTON,

    Petitioner,                   No. 2:08-cv-2028-JFM (HC)

    vs.

MATTHEW CATE, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c). See Docket # 4, Docket # 14.

        On March 31, 2009, this court denied the petition. Judgment was entered on the same day. On April 29, 2009, petitioner filed a document styled as objections to a magistrate judge's report and recommendation. As noted above, the parties in this action consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). The statute provides in relevant part that, upon the consent of the parties, a United States Magistrate Judge will conduct all proceedings in an action, including issuance of final orders upon which judgment is entered. See 28 U.S.C. § 636(c)(1). Following the parties' consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the provisions of 28 U.S.C. § 636(b)

concerning findings and recommendations and objections thereto have no further application to this action. Moreover, review of the objection provides no basis on which to construe the document as a notice of appeal from the judgment entered in this action on March 31, 2009.

Accordingly, IT IS HEREBY ORDERED that petitioner's April 29, 2009 objections shall be disregarded and no further action will be taken thereon.

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
west2038.obj